# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**EVILIA GONZALEZ,** §
§
    **Plaintiff,** §
§
v. §
§   **CIVIL ACTION NO.: _____**
§
**ALLSTATE VEHICLE AND PROPERTY** §
**INSURANCE COMPANY** §
§
    **Defendant.** §

## INDEX OF DOCUMENTS

| EXHIBIT | DESCRIPTION |
|---|---|
| **A.** | Index of Matters Being Filed |
| **B.** | Docket Sheet in the state court action |
| **C.** | Civil Process Request filed in the 157th Judicial District Court of Harris County, Texas on June 6, 2019 |
| **D.** | Plaintiff's Original Petition filed in the 157th Judicial District Court of Harris County, Texas on June 6, 2019 (Cause No. 2019-39228) |
| **E.** | Return of Service of Allstate Vehicle and Property Insurance Co.'s Citation |
| **F.** | Defendant Allstate Vehicle and Property Insurance Company's Original Answer to Plaintiff's Original Petition filed in the 157th Judicial District Court of Harris County, Texas on July 15, 2019 (Cause No. 2019-39228) |
| **G.** | List of Counsel of Record |

Respectfully Submitted,

*/s/ Susan E. Egeland*
W. NEIL RAMBIN
ATTORNEY-IN-CHARGE
State Bar No. 16492800
Southern District No. 5450
rambindocket@dbr.com

OF COUNSEL:
SUSAN E. EGELAND
State Bar No. 24040854
Southern District No. 1804016
susan.egeland@dbr.com
SARA E. INMAN
State Bar No. 24073098
Southern District No. 3008974
sara.inman@dbr.com
DRINKER BIDDLE & REATH LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
(469) 357-2500 (Telephone)
(469) 327-0860 (Fax)

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on July 17, 2019.

  Noah M. Wexler
  nwexler@arnolditkin.com
  Roland Christensen
  rchristensen@arnolditkin.com
  Jake Balser
  jbalser@arnolditkin.com
  Jacob Karam
  jkaram@arnolditkin.com
  Adam Lewis
  alewis@arnolditkin.com
  e-service@arnolditkin.com
  ARNOLD & ITKIN LLP
  6009 Memorial Drive
  Houston, Texas 77007


            */s/ Susan E. Egeland*
            SUSAN E. EGELAND